# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: ) | In Proceedings |
| ) | Under Chapter 13 |
| MARCUS SCHAEFER II, ) | |
| AMY SCHAEFER, ) | |
|     Debtors, ) | |
| ) | Case No. 08-40866 |
| MARCUS SCHAEFER II, ) | |
| AMY SCHAEFER ) | |
|     Movants. ) | |

## MOTION TO SELL REAL PROPERTY

Now come the Debtors, Marcus Schaefer II and Amy Schaefer, by their attorney, Jay B. Howd, and for Motion to Sell Real Property states:

1. The debtor has an offer to buy their non-homestead real estate at 100 Cheryls Lane, Jonesboro, Illinois, for $15,000.00, which they believe to be a fair offer representing the fair value of the real estate.

2. The buyer is Keith Meier of Jonesboro, Illinois.

3. The mortgage holder, Anna Jonesboro National Bank, shall be paid from the proceeds at closing.

4. After additional deductions for fees and closing costs, the debtors estimate receiving approximately $6,000 from the sale, which they wish to retain for living expenses due to the Co-debtor's loss of employment.

WHEREFORE, the debtor prays that this Court enter an order authorizing them to sell the real estate located at 100 Cheryls Lane, Jonesboro, Illinois.

                                        Respectfully submitted,

                                        /s/ Jay B. Howd
                                        Jay B. Howd
                                        Attorney for the Debtor
                                        811 West Main Street
                                        Carbondale, Illinois 62901
                                        (618) 549-1100

## CERTIFICATE OF SERVICE

       The undersigned certifies that a copy of the foregoing instrument was served upon the parties set forth below electronically or by enclosing the same in an envelope, postage paid, properly addressed and deposited in the U.S. mail in Carbondale, Illinois, on October 23rd, 2009

Bob Kearney
Chapter 13 Trustee
PO Box 998
Benton, IL 62812

US Trustee
401 Main Street, Room 1100
Peoria, IL 61602

                        By:    /s/ Rachel Abbott
                                 Bankruptcy Clinic, PC
                                 811 West Main Street
                                 Carbondale, IL 62901
                                 (618) 549-1100